### 8754.   JOHNSON *v.* THE STATE.

GEORGE, J.   The credibility of a witness is a matter for the jury. The evidence was sufficient to authorize the verdict of guilty, and the court did not err in overruling the motion for new trial based upon the general grounds only.

*Judgment affirmed.   Wade, C. J., and Luke, J., concur.*
DECIDED JUNE 13, 1917.

Accusation of sale of liquor; from city court of Wrightsville—Judge Blount.   February 14, 1917.

*Faircloth & Claxton,* for plaintiff in error.

*W. C. Brinson, solicitor,* contra.